NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 4 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| QUAN BIN JIN,<br><br>        Petitioner,<br><br>  v.<br><br>WILLIAM P. BARR, Attorney General,<br><br>        Respondent. | No.   13-70415<br><br>Agency No. A087-957-040<br><br><br>ORDER |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted October 11, 2018[*]
Honolulu, Hawaii

Before: WARDLAW, BERZON, and BENNETT, Circuit Judges.

The panel has voted to grant Jin's petition for panel rehearing in light of this court's en banc decision in *Torres v. Barr*, No. 13-70653, 2020 WL 5668478 (9th Cir. Sept. 24, 2020) (en banc) (overruling *Minto v. Sessions*, 854 F.3d 619 (9th Cir. 2017)). The prior memorandum disposition (Dkt. 65) in this case is vacated. Jin's petition for rehearing en banc is denied as moot.

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

Jin's petition for review of the order of the Board of Immigration Appeals is remanded to the agency to determine in the first instance whether alternative grounds for removability exist under 8 U.S.C. § 1182(a)(6).

The petition for panel rehearing is **GRANTED** and the case is **REMANDED** for further proceedings not inconsistent with this order.